# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS SANTOS, : | |
|       Plaintiff : | |
| : | NO. 3:13-CV-1946 |
| v. : | |
| : | (JUDGE NEALON) |
| UNITED STATES OF AMERICA, ET AL., : | |
|       Defendants : | |

## ORDER

**AND NOW, THIS 25ᵀᴴ DAY OF MARCH, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Angela Doe, Supervisor Doe, Ventilator Technician Doe, Geisinger Medical Center, and Geisinger Medical Center Administrator motion to dismiss for failure to prosecute, (Doc. 73), is **GRANTED** as unopposed;

2. Defendants' Angela Doe, Supervisor Doe, Ventilator Technician Doe, Geisinger Medical Center, and Geisinger Medical Center Administrator motions to dismiss the second amended complaint, (Docs. 52 and 53), are **GRANTED** as unopposed with respect to these Defendants only;

3. Defendants' Angela Doe, Supervisor Doe, Ventilator Technician Doe, Geisinger Medical Center, and Geisinger Medical Center Administrator motion for a protective order, (Doc. 99), is **DISMISSED AS MOOT**; and

4. The Clerk of Court is directed to **TERMINATE** the following Defendants from this action: Angela Doe, Supervisor Doe, Ventilator Technician Doe, Geisinger Medical Center, and Geisinger Medical Center Administrator.

/s/ William J. Nealon
**United States District Judge**