UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL LUIS SANTOS, :
    Plaintiff :
: NO. 3:13-CV-1946
v. :
: (JUDGE NEALON)
UNITED STATES OF AMERICA, ET AL., :
    Defendants :

# ORDER

**AND NOW, THIS 9TH DAY OF OCTOBER, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment, (Doc. 79), is **GRANTED AS UNOPPOSED** in accordance with Rule 41(b) and the Poulis factors;

2. All claims against all remaining Defendants will be **DISMISSED WITH PREJUDICE;**

3. Judgment shall be entered **IN FAVOR OF DEFENDANTS;** and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                /s/ William J. Nealon
                                              **United States District Judge**